**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

**LAWSON EUGENE STRICKLAND**          **DOCKET NO. 2:22-cv-5185**
                                                                    **SECTION P**

**VERSUS**                                             **JUDGE JAMES D. CAIN, JR.**

**TIMOTHY HOOPER**                             **MAGISTRATE JUDGE LEBLANC**

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the instant petition be **DENIED** and **DISMISSED WITH PREJUDICE**. **IT IS FURTHER ORDERED** that a Certificate of Appealability be issued.

**THUS DONE AND SIGNED** in chambers this 24th day of October, 2025**.**

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**
